# Court of Appeals
# of the State of Georgia

ATLANTA,   September 01, 2015

*The Court of Appeals hereby passes the following order:*

## A15D0525. OTIS N. WHITE, JR. v. MICHELLE WILLIAMS et al.

Church members at Shiloh Baptist Church filed suit against the church and its former pastor, Otis N. White. White asserted counterclaims. Following the dismissal of the action against him, White filed a motion for attorney fees under OCGA § 9-15-14. The trial court denied the motion, and White filed this application for discretionary appeal.

Because White's counterclaims remain pending below, White was required to follow the interlocutory application procedures set forth in OCGA § 5-6-34 (b), which include obtaining a certificate of immediate review from the trial court, to obtain appellate review at this time.  See *Murphy v. Murphy*, 322 Ga. App. 829 (747 SE2d 21) (2013) (dismissing appeal from recusal order based on failure to follow the interlocutory appeal procedure). Although White filed an application for discretionary appeal, as described in OCGA § 5-6-35, compliance with that procedure does not excuse a party seeking appellate review of an interlocutory order from complying with the additional requirements of OCGA § 5-6-34 (b).  See *Bailey v. Bailey*, 266 Ga. 832 (471 SE2d 213) (1996).  White's failure to comply with the interlocutory appeal procedures deprives us of jurisdiction over this application, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* _____09/01/2015_____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*